# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1157
Lower Tribunal No. 2015-CF-009409-B-O

_____

DARRELL WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and SMITH, JJ., concur.


Darrell Williams, Quincy, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED